UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.15.26.232.<br><br>　　　　　Defendants. | Case No. 20-cv-07953-JCS<br><br>**ORDER REGARDING PROPOSED SUMMONS AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 10 |

　　Plaintiff Strike 3 Holdings, LLC ("Strike 3") seeks leave to file under seal an amended complaint and proposed summons, in order to avoid any undue coercive effect of publicly naming the defendant in this action alleging copyright infringement of pornographic films.  Sufficient cause having been shown, the motion to file under seal is GRANTED.

　　Strike 3's proposed summons lists the defendant's true name in the caption, rather than "John Doe Subscriber Assigned IP Address 713.15.26.232," as in the docket of this case and the original complaint.  Although Strike 3 properly seeks to redact the true name from any public filing, the caption of the summons should not deviate from the docket of the case.  The Clerk is therefore instructed <u>not</u> to issue the proposed summons filed with Strike 3's January 18, 2021 administrative motion to file under seal (dkt. 10-7).  Strike 3 shall file under seal a corrected proposed summons, including the same caption as appearing in this order and the defendant's true name only in the body of the summons.  The defendant's true name and address shall be redacted in the public version of the summons.

　　**IT IS SO ORDERED.**

Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge